# EXHIBIT B

**IN THE 17ᵀᴴ CIRCUIT COURT FOR THE COUNTY OF KENT**
180 Ottawa NW, Ste 3500, Grand Rapids, MI 49503 616.632.5071

**Sara Fozio,**
    Petitioner,

V

**Nevin Cooper-Keel,**
    Respondent.

Judge: J. Joseph Rossi

Case no. 23-00563-PH

---

Nevin Cooper-Keel
Respondent
3127 127ᵗʰ Avenue
Allegan, MI 49010
616.329.7077
nevincooperkeel@gmail.com

Sara Fazio
Petitioner
3204 Behler Drive SE
Grand Rapids, MI 49546
616.464.3237
sfazio@kreisenderle.com

## PPO OBJECTION and Demand for Jury Trial

1. I want a jury of non-delusional, non-government-agent-ass-kisser deliberators for all findings of fact in this matter. (*Michigan Constitution* Art. 1 § 14)

2. I'm nicer in my pleadings when I'm a Plaintiff, but that is because I'm doing the summoning then, and before a kangaroo court has intruded on me.

3. But just like This Court's last very stupid and unconstitutional order, case no 22-04838-PH, got me unlawfully imprisoned and an attempted home invasion, by Petitioner's new client, just like I motioned this court then to back off my rights to things like self defense then, This Court should do now.

4. If Your Honor thinks protecting a crappy attorney from getting served with a lawsuit is an emergency constituting irreparable harm, necessitating an ex parte order, I think Your Honor is delusional and been schmoozing with flighty

attornys for way too long, way too high of an opinion of yourselves – hence the need for a jury.

5. The order in this case violates my constitutional rights in many ways, including but not limited to things like due process, right to notice, 2nd amendment right, etc.
6. The order in this case is void. (*Marbury v Madison*)
7. Surely before the professional liars club (lawyers) intrudes further on my constitutional rights with their kangarooish practices, a jury of my peers should decide the facts, if this court purports to once again waste more resources to justify its existence at the expense of *my* rights.
8. Petitioner lied by omission that these emails were part of settlement negotiations.
9. Petitioner lied by omission that she had actually initiated her complained of contact with me by email.
10. Hearsay Petitioner has "heard" of me "personally" appearing at another attorney's private residence is inadmissible.
11. Petitioner has not stated any grounds for which a PPO can be ordered.
12. Attorneys aren't some protected class that can't be personally served a subpoena at their home, in fact a lot of them are the scum of the earth.
13. Petitioner lied by omission that she has been sending me harassing emails dating back to last June, of 2022.
14. Petitioner lied by omission in her petition that she had repeatedly asked me to direct my contact to her.
15. Petitioner lied by omission in her petition that she has been seeking to defame me since last June in venues where I'd not have a chance to respond, same like

this kangarooish PPO ex parte nonsense – you people are such pussies you're terrified of a venue where there might be a jury and opposition to your nonsense.

16. I'm suing Petitioner for her harassment and defamation of me in a venue you can go right ahead and try to bring these claims as a counter claim in, and when a jury of normal non-delusional attorney lackies sees though this stupid PPO attempt, she'll be having to answer for a malicious prosecution and abuse of legal process claim.

17. Apparently I've conducted myself so well in life, that everyone is too pussy to counterclaim me in open court – best they can come up with is secret non-oppositional kangaroo court proceedings.

18. I was served with the PPO on 2.4.23, in an apparent big emergency to serve it from the Jan 19 entry date which would have resulted in irreparable harm had it not been entered ex parte then, though it wasn't served until two weeks later.

WHEREFORE, please schedule the jury trial on whether or not there are facts constituting anything that qualifies for a PPO.

Respectfully Submitted,

_____
Nevin P. Cooper-Keel, JD, Respondent 2.21.23