UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

# MINUTES

| Case Number | Date | Time | Judge |
|---|---|---|---|
| 1:22-cv-01236-HYJ-SJB | 3/8/2023 | 10:00 AM – 10:08 AM | Sally J. Berens |

**CASE CAPTION**

| |
|---|
| Cooper-Keel v. Keel-Worrell |

**APPEARANCES**

| Attorney: | Representing: |
|---|---|
| Pro Se | Plaintiff Nevin P. Cooper-Keel |
| Courtney E. S. Fisk | Defendant Garrett Keel-Worrell |

**PROCEEDINGS**

**NATURE OF HEARING:** Show Cause hearing held; order to show cause dismissed.

Proceedings Digitally Recorded
Deputy Clerk: J. Norton