UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

NEVIN P. COOPER−KEEL,

       Plaintiff,                                 Case No. 1:22−cv−1236

      v.

GARRETT KEEL−WORRELL,

       Defendant.
_____/

## CLERK'S NOTICE

The clerk's office has reviewed the following recent filing and notifies the filer as follows:

TO:  Sara Elice−DeWaard Fazio

RE:  Brief (Non−Motion) (ECF No. 25) **[Exhibits 1−4]**

REASON FOR NOTICE:   Exhibits or attachments are not identified on their face by number or letter.

RECOMMENDED ACTION:   None.

INFORMATION FOR FUTURE REFERENCE:   Local Civil Rule 5.7(d)(vii) requires that all exhibits and attachments contain on their face a prominent exhibit number or letter. This is particularly helpful to the court should the document be printed.

For further assistance, please contact the ECF Help Desk at ecfhelp@miwd.uscourts.gov, or by phone at (800) 290−2742 or (616) 456−2206.

                                                CLERK OF COURT

Dated:  March 20, 2023       By:   /s/ E. Doerr_____
                                              Deputy Clerk